IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | CIVIL ACTION NO. G-03-923 |
| | § | |
| GORDON E. DAVENPORT | § | |

### FINAL JUDGMENT

For the reasons stated in this Court's Opinion and Order of even date herewith, it is **ORDERED** and **ADJUDGED** that Plaintiff, the United States of America, take nothing and that this action is **DISMISSED on the merits**.

**THIS IS A FINAL JUDGMENT**.

**DONE** at Galveston, Texas, this \_\_\_\_\_18th\_\_\_\_\_ day of January, 2006.

John R. Froeschner
United States Magistrate Judge